Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 11, 2023

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT "BO" NNANWUBAS,<br><br>Defendant. | NO. **CR23-165 JCC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Impersonate of a Federal Officer)**

**A. The Conspiracy**

1. Beginning at a time unknown, but no later than on or about March 2, 2022, and continuing until on or about March 28, 2022, in King County, within the Western District of Washington, and elsewhere, ROBERT "BO" NNANWUBAS, together with others known and known, did conspire, confederate and agree, together and with each other, to falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Deputy United States Marshal of the United

Indictment - 1
*United States v. Nnanwubas*
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

States Marshals Service, in order to extort health care workers into making payments to quash fictitious warrants for their arrest, in violation of Title 18, United States Code, Section 912.

**B. Manner and Means**

It was part of the conspiracy that:

2.  Defendant ROBERT "BO" NNANWUBAS is an inmate at Calhoun State Prison in Morgan, Georgia. NNANWUBAS and others used publicly available databases to identify, target, and victimize health care workers across the nation.

3.  From within Calhoun State Prison, NNANWUBA and others used contraband cellphones and Voice Over Internet Protocol (VOIP) technology to call victims and impersonate law enforcement officers, including Deputy United States Marshals.

4.  In at least some instances, the inmate callers would "spoof" the phone number that appeared on the recipient's caller ID so that the number appeared to be a legitimate law enforcement agency rather than the actual number the inmate was using. In furtherance of the scheme to defraud, the inmate callers also, at times, provided victims with the real phone number or address of legitimate government entities, such as a U.S. District Court.

5.  The inmate callers would tell the victims that a subpoena had been delivered to a specific address where the victim worked. The callers would then state that the victim failed to appear for court as required by the subpoena and that a warrant had been issued for the victim's arrest.

6.  The callers would then demand the victims to make a payment in order to "resolve" the fictitious arrest warrant. The demanded payments ranged from approximately $500 to $3,500. The inmate caller directed the victim to make the

Indictment - 2
*United States v. Nnanwubas*
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

payments to Zelle and other digital payment accounts linked to email addresses such as usdistrictcourt.org@gmail.com.

7. The Zelle account associated with usdistrictcourt.org@gmail.com was held in NNANWUBAS's name and linked to his personal bank account. In March 2022, this Zelle account received 10 payments totaling over $15,000 from health care worker victims across the country. In at least three instances, the victims attempted to report the fraud but were unable to reverse the transactions. The payments were then transferred to various bank accounts belonging to NNANWUBAS's family members and associates.

**C. Overt Acts**

8. In furtherance of the conspiracy, and to accomplish one or more of its objects, NNANWUBAS, and others known and unknown, undertook, and caused to be undertaken, one or more of the following acts in King County, within the Western District of Washington, on or about March 2, 2022:

a. NNANWUBAS, and others known and unknown, caused a co-conspirator to call and leave a voicemail for Victim 1, who is a pediatric health care provider in Seattle. The caller had a distinct Southern accent and purported to be Deputy Marshal Gary Hartnett. The caller requested that Victim 1 called him back at a phone number with a Seattle area code.

b. Later that same day, NNANWUBAS, and others known and unknown, caused a co-conspirator to call Victim 1 again and make materially false and fraudulent statements in an effort to extort Victim 1. Specifically, the caller informed Victim 1 that Victim 1 had failed to appear as an expert witness in a "juvenile case" in February 2022, and two warrants had been issued to arrest Victim 1. The caller claimed to possess a signed subpoena confirming that the subpoena had been served on Victim 1 in January 2022 at a Seattle address, which Victim 1 recognized as the true address of the clinic where she worked. The caller stated that Victim 1 could make a civil bond

Indictment - 3
*United States v. Nnanwubas*
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

payment that would be refunded to her after taking a signature verification test to prove that she had not signed the subpoena.

   c. NNANWUBAS, and others known and unknown, caused the caller to threaten Victim 1 if she did not comply with the caller's demand for payment. Specifically, the caller stated that if Victim 1 did not make the payment, she would be detained. The caller also claimed that the judge in the purported juvenile case issued a "gag order," so if Victim 1 contacted a lawyer or disclosed the matter to anyone else, she would forfeit the civil process and be prosecuted.

   d. NANNWUBAS, and others known and unknown, caused the caller to make materially false and fraudulent statements in an effort to persuade Victim 1 that the caller was a genuine Deputy United States Marshal with a valid warrant. The caller specified that the signature verification test would occur at a court located at 700 Stewart Street in Seattle, which is the legitimate street address for the United States District Court. The caller insisted that Victim 1 search the internet for the caller's phone number that appeared on her phone, even though that number was different than the callback number he provided in his voicemail. When Victim 1 searched the number that appeared, the number was associated with the United States Marshals Service in Seattle.

   e. NNANWUBAS, and others known and unknown, caused the caller to state that Victim 1 could resolve the purported pending warrants and avoid the threatened detention only by making a $2,000 bond payment to usdistrictcourt.org@gmail.com using either Zelle or Google Pay.

 All in violation of Title 18, United States Code, Sections 371.

//

//

Indictment - 4
*United States v. Nnanwubas*
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Conspiracy to Commit Wire Fraud)

**A. The Conspiracy**

9. The Grand Jury incorporates Paragraphs 1 through 8 of this Indictment.

10. Beginning at a time unknown but no later than March 2, 2022, and continuing through on or about March 28, 2022, in King County, within the Western District of Washington, and elsewhere, ROBERT "BO" NNANWUBAS, and others known and unknown to the Grand Jury, did conspire, confederate and agree, together and with each other, to commit the offense of wire fraud in violation of Title 18, United States Code, Section 1343. That is, NNANWUBAS, together with others known and unknown, with intent to defraud, agreed to knowingly devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises. NNANWUBAS and others agreed that, to execute and attempt to execute the scheme and artifice to defraud, NNANWUBAS, together with others known and unknown, would transmit, and cause to be transmitted, by wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds.

11. The object of the conspiracy was to impersonate law enforcement officials in telephone calls to extort health care worker victims for payments by falsely threatening that the victims would be arrested, detained, and prosecuted if they failed to make the demanded payments.

**B. Manner and Means**

12. The manner and means of the conspiracy are set out at Paragraphs 2 through 8 of this Indictment.

All in violation of Title 18, United States Code, Section 1349.

Indictment - 5
*United States v. Nnanwubas*
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNTS 3-4

### (Wire Fraud)

13. The Grand Jury incorporates by reference Paragraphs 1 through 11 of this Indictment as if fully set forth herein.

14. Beginning at a time unknown but no later than March 2, 2022, and continuing through on or about March 28, 2022, in King County, within the Western District of Washington, and elsewhere, ROBERT "BO" NNANWUBAS, and others known and unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money or property by means of materially false and fraudulent pretenses, representations, and promises.

15. The essence of the scheme and artifice to defraud was to impersonate law enforcement officials in telephone calls to extort health care worker victims for payments under the fictitious threat of arrest, detention, and prosecution.

16. On or about March 2, 2022, in King County, within the Western District of Washington, and elsewhere, ROBERT "BO" NNANWUBAS, with others known and unknown, having devised a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly transmit, and cause to be transmitted, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme, by means of wire communication in interstate and foreign commerce, including the following transmissions, each of which involved the transmission of an electric signal in interstate commerce from outside Washington State to Washington State, and each of which constitutes a separate count of this Indictment:

//

//

Indictment - 6
United States v. Nnanwubas
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | Approximate Time | Wire Transmission |
|---|---|---|
| 3 | 19:38:44 UTC | Telephone call from outside Washington State to Victim 1 in Washington State terminating in voicemail directing Victim 1 to return call to Deputy Marshal Gary Hartnett |
| 4 | 20:10:07 UTC | Telephone call from outside Washington State to Victim 1 in Washington State, during which Victim 1 was directed to make a $2,000 payment to usdistrictcourt.org@gmail.com via Zelle or Google Pay to avoid arrest and detention |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 2 through 4, ROBERT "BO" NNANWUBAS shall forfeit to the United States any property constituting, or derived from, proceeds Defendant obtained directly or indirectly, as a result of the wire fraud scheme. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(c)(1)(C), by way of Title 28, United States Code, Section 2461(c), and includes but is not limited to a judgment for a sum of money reflecting the proceeds Defendant obtained as a result of the wire-fraud scheme.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

Indictment - 7
*United States v. Nnanwubas*
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/11/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
SETH WILKINSON
Assistant United States Attorney

_____
CINDY CHANG
Assistant United States Attorney

Indictment - 8
United States v. Nnanwubas
USAO No. 2022R00372

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970